1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-2541-CW |
|---|---|
| | CLASS ACTION |
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES |
| This Document Relates to:<br>ALL ACTIONS | |
| This Document Also Relates to:<br>*Dellenbach v. Nat'l Collegiate Athletic Ass'n, et al.* | Case No. 14-cv-3159-EDL |

010271-11 703017 V1

On July 14, 2014, Plaintiffs Shawne Alston and Nicholas Kindler filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12.

It is hereby ordered that the case entitled *Dellenbach v. National Collegiate Athletic Association, et al.*, Case No. 14-3459, filed July 11, 2014 be designated as related to the following actions, and assigned to this Court:

**RELATED ACTIONS**

1. *Keller v. Electronic Arts Inc., et al.*, Case No. C 09-1967 CW;
2. *O'Bannon v. National Collegiate Athletic Association, et al.*, Case No. C 09-3329 CW;
3. *In re: National Collegiate Athletic Association Athletic Grant-In-Aid Cap Antitrust Litigation*, Case No. 14-md-2541 CW;
4. *Alston v. National Collegiate Athletic Association, et al.*, Case No. C 14-1011 CW;
5. *Gregory-McGhee v. National Collegiate Athletic Association et al.*, Case No. C 14-01777 CW;
6. *Kindler v. National Collegiate Athletic Association, et al.*, Case No. 14-cv-2390 CW;
7. *Lauricella v. National Collegiate Athletic Association, et al.*, Case No. 14-cv-2756 CW;
8. *Floyd v. National Collegiate Athletic Association, et al.*, Case No. 14-cv-2757 CW; and
9. *Jenkins v. National Collegiate Athletic Association, et al.*, Case No. 14-cv-2758.

IT IS SO ORDERED.

DATED:   7/15/2014

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

[PROP.] ORDER GRANTING ADMIN. MOT. TO RELATE - No: 14-md-2541-CW
010271-11  703017 V1

- 1 -

Submitted by:

DATED: July 14, 2014

HAGENS BERMAN SOBOL SHAPIRO LLP


By       /s/ Steve W. Berman
           STEVE W. BERMAN

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com


By       /s/ Bruce L. Simon
           BRUCE L. SIMON

William J. Newsom (267643)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

Jeff D. Friedman (173886)
Jon T. King (205073)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
jonk@hbsslaw.com

Robert Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W Jefferson St,
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

*Counsel for Plaintiffs in the Alston and Kindler Actions and Plaintiffs' Interim Co-Lead Class Counsel*