IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX DELLENBACH, | No. C 14-03159 CW |
| Plaintiff, | |
| | ORDER |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | NO. MDL 14-2541 CW |

| | |
|---|---|
| SHAWNE ALSTON, | No. C 14-01011 CW |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

| | |
|---|---|
| KENDALL GREGORY MCGHEE, | No. C 14-01777 CW |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

| | |
|---|---|
| NICHOLAS KINDLER, | No. C 14-02590 CW |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC | |

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  ASSOCIATION,

2         Defendant.
   ==================================/

3  ALEX LAURICELLA,                    No. C 14-02756 CW

4         Plaintiff,

5      v.

6  NATIONAL COLLEGIATE ATHLETIC
7  ASSOCIATION,

8         Defendant.
   ==================================/

9  SHARRIF FLOYD,                     No. C 14-02757 CW

10         Plaintiff,

11      v.

12  NATIONAL COLLEGIATE ATHLETIC
13  ASSOCIATION,

14         Defendant.
   ==================================/

15  MARTIN JENKINS,                   No. C 14-02758 CW

16         Plaintiff,

17      v.

18  NATIONAL COLLEGIATE ATHLETIC
19  ASSOCIATION,

20         Defendant.
   ==================================/

21

22       Dax Dellenbach v. National Collegiate Athletic Association,

23  et al., case no. C 14-3159 CW case has been related to In Re:

24  National Collegiate Athletic Association Athletic Grant in Aid Cap

25  Antitrust Litigation, mdl case no. 14-md-2541 CW.  The schedule

26  set at the case management conference on June 18, 2014, will apply

27  to Dellenbach to the extent possible.  Counsel for Dellenbach

28

shall confer with other Plaintiffs' counsel and by July 25 file
any motion they wish to make on the issue of co-lead counsel.  Any
response shall be due seven days thereafter and any reply four
days after the response.  Defendants shall answer or move to
dismiss the Dellenbach complaint within their motion to dismiss
the other complaints.  Dellenbach's opposition and Defendants'
reply will be filed and heard on the schedule already set.


Dated:   7/21/2014



CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

3